734 A.2d 720

**ATTORNEY GRIEVANCE COMMISSION OF MARYLAND, Petitioner,**

v.

**Jack Douglas LEONARD, Respondent.**

**Misc. (Subtitle AG) No. 92, Sept. Term, 1998.**

Court of Appeals of Maryland.

Aug. 9, 1999.

### ORDER

ORDERED that the Respondent, Jack Douglas Leonard, II, be and he is hereby reprimanded for his violation of Rules 1.3 and 1.4 of the Maryland Rules of Professional Conduct.